**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

# NOTICE OF RESCHEDULED HEARING

| IN RE: | CHAPTER 13 |
|---|---|
| Jose Antonio Hernandez | CASE NO.: LA22-13772-SK |
| | **NOTICE OF RESCHEDULED TIME FOR CONFIRMATION HEARING** |
| DEBTOR(S) | DATE: October 13, 2022<br>TIME: 10:00 am<br>PLACE: Roybal Building<br>Courtroom 1575 15th Floor<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**PLEASE TAKE NOTICE THAT** the previously scheduled **CONFIRMATION HEARING** will now occur at the time and place listed above.

**Dated:  8/19/22**

*[signature]*

**Kathy A. Dockery**
**Chapter 13 Trustee**